AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Constantine, Katherine A. | Minnesota Bankruptcy Court | 10/20/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Court Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Suite 206
316 No Robert Street
St Paul MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Conservator/Guardian/Payee | Twin City Federal Account #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013/2014 | Dorsey & Whitney LLP (former law firm) Retirement Payment Agreement, fixed payments/no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Dorsey & Whitney LLP-retirement, pension and refund of capital contribution (with interest) | $194,660.19 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▨▨▨▨▨▨▨▨▨ - salary & bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute Annual Spring Meeting | 04/24/2014 to 04/26/2014 | Washington, D.C. | meetings and educational programs/speaker | travel, food, lodging, registration fee |
| 2. | American Bankruptcy Institute Annual Central States Bankruptcy Workshop | 06/12/2014 to 6/13/2014 | Lake Geneva, WI | meetings and educational programs/speaker | travel, food, lodging, registration fee |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. Alps (ETF) | A | Dividend | J | T | | | | | |
| 3. AT&T (common) | A | Dividend | K | T | Buy (add'l) | 10/24/14 | J | | |
| 4. Proctor & Gamble (common ) | A | Dividend | J | T | | | | | |
| 5. Southern Co. (common) | A | Dividend | J | T | | | | | |
| 6. Target (common) | A | Dividend | K | T | Buy (add'l) | 10/24/14 | J | | |
| 7. Teco Energy (common ) | A | Dividend | J | T | | | | | |
| 8. Xcel Energy (common ) | A | Dividend | K | T | | | | | |
| 9. Powershares Finl pfd (ETF) | B | Dividend | K | T | | | | | |
| 10. SAFRA Natl Bk (C.D.) | A | Interest | | | Redeemed | 05/14/14 | K | | |
| 11. CIT Bk (C.D.) | A | Interest | | | Redeemed | 12/02/14 | K | | |
| 12. GE Cap Finl (C.D.) | A | Interest | K | T | | | | | |
| 13. Goldman Sachs Bk (C.D.) | A | Interest | K | T | | | | | |
| 14. Freeborn Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 15. Sartell Mn GO (Bond) | A | Interest | | | Redeemed | 02/03/14 | K | | |
| 16. Deer River MN GO (Bond) | A | Interest | K | T | | | | | |
| 17. MN Hsg Pub Svc Rev (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mpls MN Library GO (Bond) | A | Interest | K | T | | | | | |
| 19. MN Streets/Hwys GO (Bond) | A | Interest | K | T | | | | | |
| 20. Mpls MN Spl Sch Dist GO (Bond) | A | Interest | K | T | | | | | |
| 21. MN Hsg Res Rev (Bond) | A | Interest | K | T | Buy | 12/05/14 | K | | |
| 22. US Gov't Money Mkt (mutual fund) | A | Dividend | J | T | | | | | |
| 23. Brokerage #2 (H) | | | | | | | | | |
| 24. US Gov't Money Mkt (mutual fund) | A | Dividend | J | T | | | | | |
| 25. Metropolitan West Ttl Retrn (Mutual Fd) | A | Dividend | K | T | | | | | |
| 26. MFS Div Income (Mutual Fund) | A | Dividend | K | T | | | | | |
| 27. Anoka Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 28. Brokerage #3 (H) | | | | | | | | | |
| 29. RBC Prime Money Mkt (Mutual Fund) | A | Dividend | J | T | | | | | |
| 30. Actavis PLC (rec'd thru merger w line 74) | A | Distribution | J | T | | | | | |
| 31. Advanced Auto Parts | | None | J | T | Buy | 12/16/14 | J | | |
| 32. Affiliated Manager Group Inc | | None | | | Sold | 10/27/14 | J | A | |
| 33. AMC Networks Inc. | | None | | | Sold | 05/14/14 | J | A | |
| 34. Ametek (common) | A | Dividend | J | T | Sold (part) | 07/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Andarko Pete (common) | A | Dividend | J | T | Buy (add'l) | 04/03/14 | J | | |
| 36. Apple (common) | A | Dividend | J | T | Sold (part) | 03/20/14 | J | A | |
| 37. | | | | | Buy (add'l) | 08/27/14 | J | | |
| 38. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 39. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 40. Archer Daniels Midland (common) | A | Dividend | J | T | | | | | |
| 41. Avago Tech (common) | A | Dividend | J | T | Sold (part) | 02/24/14 | J | A | |
| 42. | | | | | Sold (part) | 11/18/14 | J | A | |
| 43. Biogen Idec (common) | | None | J | T | Buy (add'l) | 01/06/14 | J | | |
| 44. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 45. Boeing (common) | A | Dividend | J | T | | | | | |
| 46. California Resources (common) | A | Distribution | | | Spinoff (from line 109) | 12/01/14 | J | | |
| 47. | | | | | Sold | 12/09/14 | J | | |
| 48. Celgene Corp (common) | | None | J | T | Buy | 10/29/14 | J | | |
| 49. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 50. Chevron Corp | | None | | | Sold | 01/02/14 | J | A | |
| 51. Church & Dwight | | None | | | Sold | 01/13/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Comcast Corp (class A) | A | Dividend | J | T | | | | | |
| 53. Continental Resources (common) | | None | | | Sold | 01/23/14 | J | A | |
| 54. Core Laboratories NV (common) | A | Dividend | | | Buy | 04/24/14 | J | | |
| 55. | | | | | Sold | 08/12/14 | J | A | |
| 56. Costco Wholesale (common) | A | Dividend | J | T | Buy (add'l) | 12/01/14 | J | | |
| 57. Delphi Automotive PLC | A | Dividend | J | T | Buy | 08/27/14 | J | | |
| 58. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 59. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 60. Delta Airlines (common) | A | Dividend | J | T | | | | | |
| 61. Ebay (common) | | None | | | Sold | 01/21/14 | J | A | |
| 62. Edwards Lifesciences Corp (common) | | None | J | T | Buy | 03/11/14 | J | | |
| 63. | | | | | Sold (part) | 10/24/14 | J | A | |
| 64. Eli Lilly (common) | A | Dividend | J | T | | | | | |
| 65. EOG Resources (common) | A | Dividend | J | T | | | | | |
| 66. EQT Corp (common) | A | Dividend | | | Buy | 01/02/14 | J | | |
| 67. | | | | | Sold | 03/06/14 | J | A | |
| 68. FS Networks (common) | | None | J | T | Buy | 12/11/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Facebook (common) | | None | J | T | Buy | 03/20/14 | J | | |
| 70. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 71. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 72. FedEx Corp | A | Dividend | J | T | Buy (add'l) | 12/01/14 | J | | |
| 73. FMC Technologies (common) | | None | J | T | Buy | 08/12/14 | J | | |
| 74. Forest Laboratories (common) | | None | | | Merged (with line 30) | 06/17/14 | J | C | |
| 75. General Motors (common) | A | Dividend | | | Sold | 08/27/14 | J | A | |
| 76. Gilead Sciences Inc | | None | | | Sold (part) | 12/22/14 | J | A | |
| 77. | | | | | Sold | 12/23/14 | J | B | |
| 78. Google Class C (spin-off from line 80) | | None | | | Spinoff (from line 80) | 04/03/14 | | | |
| 79. | | | | | Sold | 04/16/14 | J | B | |
| 80. Google Class A | | None | J | T | Buy (add'l) | 04/16/14 | J | | |
| 81. | | | | | Buy (add'l) | 08/27/14 | J | | |
| 82. Halliburton Co (common) | A | Dividend | | | Buy | 01/23/14 | J | | |
| 83. | | | | | Sold (part) | 11/17/14 | J | A | |
| 84. | | | | | Sold | 11/21/14 | J | A | |
| 85. Henry Schein (common) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Hewlett Packard (common) | A | Dividend | J | T | Buy | 05/29/14 | J | | |
| 87. | | | | | Buy (add'l) | 08/27/14 | J | | |
| 88. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 89. Home Depot (common) | A | Dividend | | | Sold | 06/26/14 | J | A | |
| 90. Hospira Inc | | None | J | T | | | | | |
| 91. Intel Corp (common) | A | Dividend | J | T | | | | | |
| 92. International Paper (common) | | None | | | Sold | 01/22/14 | J | A | |
| 93. Johnson & Johnson (common) | A | Dividend | J | T | | | | | |
| 94. KBR Inc (common) | A | Dividend | | | Sold | 02/20/14 | J | A | |
| 95. KLA -Tencor (common) | A | Dividend | | | Sold | 06/11/14 | J | A | |
| 96. Laredo Petroleum (common) | | None | | | Buy | 03/06/14 | J | | |
| 97. | | | | | Sold | 08/19/14 | J | | |
| 98. Lyondellbasell Ind (class A) | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 99. Merck & Co (common) | A | Dividend | J | T | Buy | 01/13/14 | J | | |
| 100. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 101. | | | | | Buy (add'l) | 08/27/14 | J | | |
| 102. Michael kors Hldgs (ordinary) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Michron Technologiy (common) | | None | J | T | Buy | 06/11/14 | J | | |
| 104. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 105. NXP Semiconductors (common) | | None | J | T | Buy | 05/14/14 | J | | |
| 106. Newell Rubbermaid (common) | A | Dividend | J | T | | | | | |
| 107. Nextera Energy (common) | A | Dividend | J | T | | | | | |
| 108. Norfolk Southern Corp (common) | A | Dividend | J | T | Buy | 08/27/14 | J | | |
| 109. Occidental Pete (common) | A | Dividend | J | T | Buy (add'l) | 11/17/14 | J | | |
| 110. Oracle Corp (common) | A | Dividend | | | Sold (part) | 09/30/14 | J | A | |
| 111. | | | | | Sold | 12/11/14 | J | A | |
| 112. Parker Hannifin (common) | A | Dividend | J | T | Buy (add'l) | 02/20/14 | J | | |
| 113. Pepsi (common) | A | Dividend | J | T | | | | | |
| 114. Phillips 66 (common) | | None | J | T | Buy | 12/04/14 | J | | |
| 115. Precision Castparts (common) | A | Dividend | | | Buy (add'l) | 04/03/14 | J | | |
| 116. | | | | | Sold (part) | 07/24/14 | J | A | |
| 117. | | | | | Sold | 08/27/14 | J | A | |
| 118. Priceline (common) | | None | | | Buy (add'l) | 04/16/14 | J | | |
| 119. | | | | | Sold | 11/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Qualcomm | A | Dividend | | | Sold (part) | 06/11/14 | J | A | |
| 121. | | | | | Sold (part) | 08/27/14 | J | A | |
| 122. | | | | | Sold | 10/10/14 | J | | |
| 123. RPM International (common) | A | Dividend | J | T | Buy | 04/16/14 | J | | |
| 124. Sandisk Corp (common) | A | Dividend | J | T | | | | | |
| 125. Schlumberger Ltd (common) | A | Dividend | | | Sold | 09/11/14 | J | B | |
| 126. Sector Spdr (ETF) | A | Dividend | L | T | | | | | |
| 127. Snap-On Inc (common) | A | Dividend | J | T | Buy | 05/14/14 | J | | |
| 128. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 129. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 130. Stryker Corp (common) | A | Dividend | | | Sold | 03/11/14 | J | B | |
| 131. TJX Companies (common) | | None | J | T | Buy | 11/20/14 | J | | |
| 132. TRW Automotive (common) | | None | | | Sold | 12/16/14 | J | B | |
| 133. Ubiquiti Networks (common) | | None | | | Buy | 02/28/14 | J | | |
| 134. | | | | | Sold | 05/14/14 | J | | |
| 135. Valero Energy (common) | A | Dividend | | | Sold | 05/01/14 | J | A | |
| 136. Vulcan Materials (common) | A | Dividend | J | T | Buy | 10/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wabtec Corp (common) | A | Dividend | J | T | Buy (add'l) | 07/29/14 | J | | |
| 138. Walt Disney (common) | A | Dividend | J | T | | | | | |
| 139. Whirlpool Corp (common) | A | Dividend | J | T | Buy (add'l) | 02/25/14 | J | | |
| 140. Yahoo (common) | | None | | | Sold | 04/16/14 | J | B | |
| 141. Zimmer Holdings (common) | A | Dividend | J | T | | | | | |
| 142. Brokerage #4 (H) | | | | | | | | | |
| 143. RBC Prime Money Market Fd (mutual fund) | A | Dividend | J | T | | | | | |
| 144. Amer Fds Euro Pacific Gr (mutual fund) | A | Dividend | J | T | | | | | |
| 145. Amer Fds Capital Income Bldr (mutual fund) Class C | A | Dividend | J | T | | | | | |
| 146. Amer Fds Capital Income Bldr (mutual fund) Class F | A | Dividend | J | T | | | | | |
| 147. Fidelity Adv New Insights (mutual fund) | B | Dividend | K | T | | | | | |
| 148. Thornburg Int'l Value (mutual fund) | A | Dividend | J | T | | | | | |
| 149. AXA Variable Annuity -See VIII | | None | M | T | | | | | |
| 150. Brokerage #5 (H) | | | | | | | | | |
| 151. RBC Prime Money Market Fd (mutual fund) | A | Dividend | J | T | | | | | |
| 152. Kayne Anderson (common) | B | Dividend | K | T | | | | | |
| 153. MN Higher Ed St. Ben (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Xcel Energy (common) | A | Dividend | K | T | | | | | |
| 155. Brokerage Account #6 Dorsey 401k (H) Closed - See VIII | | | | | | | | | |
| 156. Brokerage Acct #7 (H) | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. Federated Money Market (money market) | A | Dividend | J | T | | | | | |
| 159. Amer Fds Euro Pac Gr (mutual fund) | A | Dividend | K | T | | | | | |
| 160. Buffalo Fds Mid Cap (mutual Fund) | D | Dividend | L | T | Buy (add'l) | 10/24/14 | J | | |
| 161. Dodge & Cox Fund Int'l Stock (mutual fund) Class F | B | Dividend | L | T | | | | | |
| 162. Dodge & Cox Income (mutual fund) Class I | B | Dividend | L | T | Buy (add'l) | 10/24/14 | K | | |
| 163. Fidelity New Insights (cl c mutual fund) | A | Dividend | | | Merged (with line 164) | 08/06/14 | L | | |
| 164. Fidelity New Insights (cl i mutual fund) | A | Dividend | L | T | | | | | |
| 165. IShares Russell 1000 Gr (ETF) | A | Dividend | L | T | | | | | |
| 166. IShares Russell 1000 Value (ETF) | C | Dividend | M | T | | | | | |
| 167. IShares S&P Sm Cap 600 (ETF) | A | Dividend | L | T | | | | | |
| 168. Metropolitan West Total Return Bond(mutual fund) | C | Dividend | M | T | | | | | |
| 169. MFS Div Inc (mutual fund) | B | Dividend | L | T | | | | | |
| 170. Parnassus Income Trust n/k/a Parnassus Core Equity Fd | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  T Rowe Price Gr Stk (mutual fund) | D | Dividend | M | T | Sold (part) | 10/24/14 | K | C | |
| 172.  Vanguard Total Bond Market ETF | B | Dividend | L | T | | | | | |
| 173.  American Express Centurion BK | A | Interest | K | T | | | | | |
| 174.  Sallie Mae Bk Slt Lake City (C.D.) | A | Interest | K | T | | | | | |
| 175.  GE Cap Retrail Bk Utah (C.D.) | B | Interest | K | T | | | | | |
| 176.  GE Cap Retail Bk Draper Utah(C.D.) | A | Interest | K | T | Buy | 02/10/14 | K | | |
| 177.  Goldman Sachs Bk USA NY (C.D.) | A | Interest | K | T | Buy | 02/10/14 | K | | |
| 178.  AT & T unsecured OID | A | Interest | K | T | Buy | 07/16/14 | K | | |
| 179.  Brokerage #8 (H) | | | | | | | | | |
| 180.  RBC Prime Money Market (mutual fund) | A | Dividend | J | T | | | | | |
| 181.  American Century Eq Inc (mutual fund) | A | Dividend | | | Sold | 10/24/14 | L | E | |
| 182.  Amer Fds Capital Inc Bldr (mutual fund) | A | Dividend | J | T | | | | | |
| 183.  Amer Fds Euro Pac Gr (cl c mutual fund) | A | Dividend | K | T | | | | | |
| 184.  Amer Fds Euro Pac Gr (cl f mutual fund) | A | Dividend | K | T | | | | | |
| 185.  Brocade Commun Syst (common) | A | Dividend | J | T | | | | | |
| 186.  Columbia Acorn Tr (mutual fund) | C | Dividend | K | T | | | | | |
| 187.  Fidelity New Insights (mutual fund) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Fidelity Adv Ser II (mutual fund) | A | Dividend | | | Sold | 10/24/14 | K | D | |
| 189.  Fundamental Invs (mutual fund) | D | Dividend | L | T | | | | | |
| 190.  Keeley Sm Cap Value (mutual fund) | A | Dividend | K | T | | | | | |
| 191.  Lord Abbett Sec Tr Value Opp (mutual fund) | C | Dividend | K | T | Buy | 10/24/14 | K | | |
| 192.  Metropolitan West Total Return Bond (mutual fund) | A | Dividend | K | T | | | | | |
| 193.  MFS Ser Tr XIII (mutual fund) | A | Dividend | K | T | | | | | |
| 194.  MFS Growth (mutual fund) | B | Dividend | K | T | Buy | 10/24/14 | K | | |
| 195.  MFS Utilities Fd (mutual fund) | C | Dividend | L | T | Buy | 10/24/14 | K | | |
| 196.  Tr for Prof Mgrs Snow Cap Small Cap Value (mutual fd) | B | Dividend | J | T | Buy | 10/24/14 | J | | |
| 197.  Brokerage #10(H) | | | | | | | | | |
| 198.  RBC Br Deposit Program (money market) | | None | J | T | Buy | 11/24/14 | J | | |
| 199.  Ally Bk Midvale Utah (C.D.) | | None | L | T | Buy | 11/24/14 | L | | |
| 200.  GE Cap Bk Retail (C.D.) | | None | K | T | Buy | 11/24/14 | K | | |
| 201.  American Express Cent Bk (C.D.) | | None | K | T | Buy | 11/24/14 | K | | |
| 202.  Trust #1 (H) | | | | | | | | | |
| 203.  RBC Prime Money Mkt (mutual fund) | | None | J | T | | | | | |
| 204.  MFS Ser Tr XIII (mutual fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  American Enterprise Inv. Svcs.(mutual fund) | B | Dividend | K | T | | | | | |
| 206.  Discover Financial Svcs. (common) | A | Dividend | K | T | | | | | |
| 207.  Honeywell Int'l. (common) | A | Dividend | K | T | | | | | |
| 208.  Morgan Stanley (common) | A | Dividend | J | T | | | | | |
| 209.  Allstate Corp. (common) | A | Dividend | K | T | | | | | |
| 210.  Sears Holding Corporation (common) | A | Interest | K | T | | | | | |
| 211.  Sears Canada (common) | A | Dividend | J | T | | | | | |
| 212.  U.S. Bank N.A. Accounts (cash & CDs) | A | Interest | M | T | | | | | |
| 213.  Twin City Federal Account (cash) | | None | L | T | | | | | See Part VIII |
| 214.  Brokerage #9 (H) | | | | | | | | | |
| 215.  -E Trade cash reserve account | | None | M | T | | | | | See Part VIII |
| 216.  -Brocade (common) | | None | M | T | Sold (part) | 02/27/14 | L | C | |
| 217. | | | | | Sold (part) | 03/18/14 | K | D | |
| 218. | | | | | Sold (part) | 12/31/14 | J | D | |
| 219. | | | | | Buy (add'l) | 06/01/14 | K | | |
| 220. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 221.  Twin City Federal Account #1 (Conservator/ Guardian) | | None | J | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Franklin Templeton Investments Account #1 (Custodian) | | | | | | | | | |
| 223. -Franklin Founding Funds Allocation Fund - Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 149 - This annuity was previously listed under account #7 but was moved to Account #4 - no exchange of money involved. This annuity is invested in a model portfolio 50% moderate allocation/50% conservative allocation. I am only able to select the asset allocation and the annuity makes all investment decisions without consulting me.

Part VII, Line 155 - Brokerage acct #6 was closed in 2013 and assets were moved to Acct #7. No exchange of money involved.

Part VII, Lines 213 and 221 - These are checking accounts that do not pay any interest or any other form of income.

Part VII, Line 215 - This is a cash holding account that does not generate income.

As previously reported (see Part VIII in reports for 2013 reporting period), the Steep Earnings Curve (investment club) was dissolved in 2013 and assets (stock) were sold and distributed during 2013 except that funds (approx. $2542) were left in the account to pay for 2013 tax preparation. The final distribution of approximately $342 was made in April 2014 to me after payment for that tax preparation. There is and will be no further activity to report regarding this club.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Constantine**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544